UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                            :

In re                            :          Chapter 11
                            :

YEHUD-MONOSSON USA, INC.      :          Case No. 11-11278 (ALG)
                            :

              Debtor.     :

----------------------------------------------------------- x

**ORDER TO SHOW CAUSE TO SHORTEN NOTICE PERIOD FOR MOTION
OF THE UNITED STATES TRUSTEE, PURSUANT TO 28 U.S.C. 1412, TO
TRANSFER THIS CHAPTER 11 CASE TO THE BANKRUPTCY COURT FOR
THE DISTRICT OF MINNESOTA OR, IN THE ALTERNATIVE, TO HAVE <u>THE
CASE CONVERTED TO CHAPTER 7 OR DISMISSED WITH PREJUDICE</u>**

        Upon the Motion, dated March 29, 2011 (the "<u>Motion</u>") of United States Trustee,

pursuant to 28 U.S.C. §1412, to transfer this Chapter 11 case to the Bankruptcy Court for

the District of Minnesota or, in the alternative, to have the case converted to Chapter 7 or

dismissed with prejudice, and upon the Declaration of Elisabetta G. Gasparini Pursuant to

Local Rule 9077-1(a), also dated March 29, 2011, attesting to the necessity for relief by

Order to Show Cause; and it appearing that no notice of this Order to Show Cause need be

given, except as provided herein; and after due deliberation and sufficient cause appearing

thereof, it is hereby;

        ORDERED that a hearing (the "Hearing") to consider the Motion shall be held

before the Honorable Allan L. Gropper, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York 10004 on **April 13, 2011 at 11:00 a.m. (Prevailing Eastern Time)**, or as soon

thereafter as counsel may be heard; and it is further

ORDERED that objections and responses, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to the chambers of the Honorable Allan L. Gropper), and shall be served upon the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta G. Gasparini, Esq.; so as to be filed and received by no later than **April 12, 2011 at 12:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"); and it is further

ORDERED that notice shall be given by sending a copy of this Order to Show Cause, the Motion, and related declarations and exhibits, via federal express overnight mail on or before **April 5, 2011** on the parties attached hereto as Exhibit A, and via regular mail on or before **April 5, 2011** on the parties attached hereto as Exhibit B; and it is further

**ORDERED that counsel who has moved for an order permitting pro hac vice appearance may appear in connection with this motion.**

Dated:   New York, New York
      April 5, 2011                */s/ Allan L. Gropper*
                                  ALLAN L. GROPPER
                                  UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

Rebekah Nett, Esq.
Westview Law Center, PLC
1303 South Frontage Road, Suite 1
Hastings, MN 55033

Yehud-Monosson USA, Inc.
257 West 39th Street
New York, NY 10018

**EXHIBIT B**

American Bank of St. Paul
1578 University Avenue W.
St. Paul, MN   55014

Associated Bank, N.A.
222 Bush St.
Red Wing, MN   55066

First Lease
501 Office Center Drive
Suite 180A
Fort Washington, PA   19034

Freeborn County
411 South Broadway
Albert Lea, MN   56007

Godfrey & Kahn
780 North Water St.
Milwaukee, WI   53202

Henry's Foods
104McKay Avenue N
Alexandria, MN   56308

Naomi Isaacson
328 4th St, SE
No. 101
Minneapolis, MN   55414

Omni Environmental, Inc.
1014 Bel Air Lane NW
Rochester, MN   55901

Ramsey County
90 West Plato Blvd.
St. Paul, MN   55164

Randall Yungerberg
365 Smith Avenue N
No. 2
St. Paul, MN    55102

Peter Nett
367 Smith Avenue N
No. 1
St. Paul, MN    55102

Dr. R.C. Samanta Roy
 Inst. Of Science & Tech'y
902 N. Market St., Ste. 704
Wilmington, DE 19801


Thelma J. Brown
4308 Arthur Street NE
Minneapolis, MN    55421

Tiger Peg Capital Corp.
707 Travis Street
3rd Floor North
Houston, TX    77002

Vermillion State Bank
107 East Main St.
Vermillion, MN    55085

Washington County
P.O. Box 200
Stillwater, MN    55082

William A. Egan
Egan Oil
500 Bunker Lane Blvd. NW
Anoka, MN    55303

William Dunnigan
168 N. Griggs St.
St. Paul, MN    55102

Xcel Energy
414 Nicollet Mall
Minneapolis, MN    55401