Hearing: April 13, 2011 (10:00 a.m.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                        :

In re                                           :    Chapter 11

YEHUD-MONOSSON USA, INC.,         :    Case No. 11-11278 (ALG)

                            Debtor.       :

-------------------------------------------------------------x

**NOTICE OF FILING OF PROPOSED ORDERS RE:
MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO
28 U.S.C. § 1412, TO TRANSFER THIS CHAPTER 11 CASE TO THE
BANKRUPTCY COURT FOR THE DISTRICT OF MINNESOTA OR,
IN THE ALTERNATIVE, TO HAVE THE CASE CONVERTED
TO CHAPTER 7 OR DISMISSED WITH PREJUDICE**

PLEASE TAKE NOTICE, of the filing hereby of proposed orders regarding the motion of Tracy Hope Davis, the United States Trustee, seeking an Order from the Court (i) transferring this Chapter 11 case to the United States Bankruptcy Court for the District of Minnesota or (ii) in the alternative, converting the case to Chapter 7, or dismissing it with prejudice and imposing a two-year bar on re-filing. Docket No. 5.

Exhibit A      Order Transferring Venue of Chapter 11 Case to the District of Minnesota

Exhibit B      Order Converting Chapter 11 Case to Chapter 7

Exhibit C      Order (A) Dismissing Chapter 11 Case; and (B) Imposing Two-Year Bar to Future Bankruptcy Filings

Dated: New York, New York           Respectfully submitted,
        April 5, 2011

                                          TRACY HOPE DAVIS
                                          UNITED STATES TRUSTEE

                                          ***By** **/s/ Andrew D. Velez-Rivera***
                                          Trial Attorney
                                          33 Whitehall Street, 21st Floor
                                          New York, New York 10004
                                          Tel. (212) 510-0500; Fax (212) 668-2255

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                   :

In re                                            :   Chapter 11

YEHUD-MONOSSON USA, INC.,          :   Case No. 11-11278 (ALG)

                      Debtor.           :

-------------------------------------------------------------x

## ORDER TRANSFERRING VENUE OF CHAPTER 11 CASE TO THE DISTRICT OF MINNESOTA

A hearing having been held before this Court on April 13, 2011 upon the motion of Tracy Hope Davis, the United States Trustee for Region 2, and after hearing counsel to the United States Trustee in support of the motion, and also after hearing and considering the written submissions of other parties in interest, the Court having determined that transfer of venue of the case captioned above pursuant to 28 U.S.C. § 1412 is in the interest of justice and the convenience of the parties, and it appearing that appropriate notice has been given and cause existing for the relief requested, it is

ORDERED, that venue of the chapter 11 case entitled <u>In re Yehud-Monosson USA, Inc.</u>, Case No. 11-11278 (ALG) (the "Case"), is hereby transferred to the United States Bankruptcy Court for the District of Minnesota, and it is further

ORDERED, that the Clerk of the Court is hereby directed to transfer the files of the Case referenced above to the Clerk of the Court for the United States Bankruptcy Court for the District of Minnesota; and it is further

ORDERED, that the Court shall retain jurisdiction to interpret and enforce this order.

Dated: New York, New York
       April __, 2011                             HONORABLE ALLAN L. GROPPER
                                                           UNITED STATES BANKRUPTCY JUDGE

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                             :

In re                                      :   Chapter 11

YEHUD-MONOSSON USA, INC.,        :   Case No. 11-11278 (ALG)

                      Debtor.     :

------------------------------------------------------------x

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

Based upon the hearing held before this Court and the motion of Tracy Hope Davis, the United States Trustee for Region 2, and it appearing that appropriate notice has been given, and cause existing for the relief requested, as set forth in the record of the hearing, it is

ORDERED, that this case commenced under Chapter 11 of the Bankruptcy Code be and hereby is converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112(b)(4), and it is further

ORDERED, that Yehud-Monosson USA, Inc., the Debtor, shall file (i) a schedule of unpaid debts incurred after the commencement of the Chapter 11 case within 15 days of the date of this order, and (ii) a final report within 30 days of the date of this order, pursuant to Federal Rule of Bankruptcy Procedure 1019(5); and it is further

ORDERED, that the Court shall retain jurisdiction to interpret and enforce this order.

Dated: New York, New York
       April __, 2011

                                          HONORABLE ALLAN L. GROPPER
                                          UNITED STATES BANKRUPTCY JUDGE

EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                   :

In re                                        :    Chapter 11

YEHUD-MONOSSON USA, INC.,    :    Case No. 11-11278 (ALG)

                         Debtor.    :

------------------------------------------------------------x

**ORDER (A) DISMISSING CHAPTER 11 CASE; AND
(B) IMPOSING TWO-YEAR BAR TO FUTURE BANKRUPTCY FILINGS**

Based upon the hearing held before this Court and the motion of Tracy Hope Davis, the United States Trustee, and it appearing that appropriate notice has been given, and cause existing for the relief requested, as set forth in the record of the hearing, it is

ORDERED, that this case commenced under Chapter 11 of the Bankruptcy Code be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b)(4); and it is further

ORDERED, that Yehud-Monosson USA, Inc. (the "Debtor") shall be prohibited from filing another bankruptcy case under any Chapter of the Bankruptcy Code for two years from the date of entry of this Order; and it is further

ORDERED, that any bankruptcy case filed by the Debtor within the two-year bar period set forth above, without this Court first having granted leave for such filing upon the written request of the Debtor, shall be deemed null and void and may be dismissed without notice to the Debtor; and it is further

ORDERED, that the Court shall retain jurisdiction to interpret and enforce this order.

Dated: New York, New York
       April __, 2011                       HONORABLE ALLAN L. GROPPER
                                                     UNITED STATES BANKRUPTCY JUDGE